1  DARREN T. BRENNER, ESQ.
   Nevada Bar No. 8386
2  NATALIE L. WINSLOW, ESQ.
   Nevada Bar No. 12125
3  AKERMAN LLP
   1160 Town Center Drive, Suite 330
4  Las Vegas, Nevada 89144
   Telephone:    (702) 634-5000
5  Facsimile:    (702) 380-8572
   Email: darren.brenner@akerman.com
6  Email: natalie.winslow@akerman.com

7  *Attorneys for The Bank of New York Mellon fka*
   *The Bank of New York as Trustee for the*
8  *Certificateholders CWALT, Inc. Alternative Loan*
   *Trust  2005-72  Mortgage  Pass-Through*
9  *Certificates, Series 2005-72; Bayview Loan*
   *Servicing,  LLC;  Dorka  Bouza;  Mortgage*
10 *Electronic  Registrations  Systems,  Inc.;*
   *MERSCORP Holdings, Inc.; Bank of America,*
11 *N.A., for itself and as successor by merger to BAC*
   *Home Loan Servicing, LP; and Countrywide Home*
12 *Loans, Inc.*

13

               **UNITED STATES DISTRICT COURT**
14
                    **DISTRICT OF NEVADA**
15

16

17 SALMA AGHA-KHAN, MD., an individual,        Case No.: 2:16-cv-02651-RFB-PAL

              Plaintiff,
18
19 vs.

20 THE  BANK  OF  NEW  YORK  MELLON,  a        **DEFENDANTS'         MOTION        FOR**
   national banking institution; BAC HOME LOAN  **EXTENSION OF TIME TO FILE REPLY**
21 SERVICING, LP; BANK OF AMERICA, N.A.;        **IN SUPPORT OF MOTION TO DISMISS**
   MORTGAGE ELECTRONIC REGISTRATION
22 SYSTEMS,  INC.;  MERSCORP  HOLDINGS
   INC.;  COUNTRYWIDE  HOME  LOANS  FKA
23 BAC HOME LOANS SERVICING, LP; ASPEN
   MORTGAGE;       ASPEN       FINANCIAL
24 SERVICES LLC; JEF GUINN; BAYVIEW
   LOAN SERVICING, LLC; DORKA BOUZA;
25 MMREM  (Matt  Martin  Real  Estate
   Management);  SOUTHERN  HIGHLANDS
26 COMMUNITY ASSOCIATION; SAN SEVINO
   WEST AT SOUTHERN HIGHLAND HOME
27 OWNERS ASSOCIATION, a Nevada business
28

*AKERMAN LLP*
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

association; TERRA WEST PROPERTY
MANAGEMENT; SOUTHERN HIGHLANDS
HOMEOWNERS                ASSOCIATION;
SOUTHERN     HIGHLANDS     MASTERS;
JENNIFER    EZELL;    MONIQUE    F.
WASHINGTON;    JENNIFER    L.    JONES;
ALESSI & KOENIG, LLC; DAVID ALESSI;
RYAN   KERBOW;   ROBERT   M.   ALESSI;
AILEEN    RUIZ;    ALESSI    TRUSTEE
CORPORATION; RECONTRUST COMPANY,
N.A.;   RECONTRUST   COMPANY,   N.A.
NEVADA    MEDIATION    TEAM;    SFR
INVESTMENTS POOL I LLC; NEVADA
TITLE COMPANY; FIRST AMERICA TITLE
COMPANY; FIRST AMERICA TITLE; FIRST
AMERICA TITLE INSURANCE COMPANY;
FIRST AMERICAN NATIONAL DEFAULT
TITLE SERVICES; FIRST AMERICAN TITLE
LOSS  MITIGATION  TITLE  SERVICES-
LMTS;   FIRST   AMERICA   NATIONAL
DEFAULT    TITLE    SERVICES;    FIRST
AMERICAN  FINANCIAL  CORPORATION;
TRUSTEE    SERVICING    SOLUTIONS;
CHARLOTTE  OLMOS;  ANGELA  NAVA;
MARIA C. RODRIGUEZ; ARCH G. NEBRON;
SANDRA L. HICKET; MARTHA MAREKO;
MICHELLE       PETERSON;       ABBY
RODRIGUEZ;               ASSESSMENT
MANAGEMENT       SERVICES;       KDGO
HOLDING  CO  INC;  ALICIA  BARDERE;
CHRISTY CHANG; NATALIE M. BUCHOLZ;
JUAN GARCIA FLORES; JAMES F. ENBYSK;
DOES 1-1000, inclusive,

        Defendants.

...

...

...

...

...

...

...

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Defendants  The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-72 Mortgage Pass-Through  Certificates, Series 2005-72 (**BNYM**), incorrectly sued as "The Bank of New York Mellon," Bayview Loans Servicing, LLC (**Bayview**), Dorka Bouza (**Bouza**), Mortgage Electronic Registration Systems, Inc. (**MERS**), MERSCORP Holdings, Inc. (**MERSCORP**, and collectively, **defendants**) pursuant to Rule 6 of the Federal Rules of Civil Procedure, hereby move this Court for an extension of time to file its reply in support of their motion to dismiss for failure to state a claim under Fed. R. Civ. P. 12(B)(6).  In support of this motion, defendants states as follows:

1.      This is defendants' first request for an extension of time to file their reply.

2.      Defendants filed their motion to dismiss for failure to state a claim under Fed. R. Civ. P. 12(B)(6) on January 26, 2017.

3.      Plaintiff filed her opposition on February 3, 2017.

4.      Defendants response is currently due on February 10, 2017.

5.      Defendants request a one-week extension to finalize their reply in support of the motion to dismiss to allow defendants further time to research the issues contained within plaintiff's opposition filed on February 3, 2017.

...

...

...

...

...

...

...

...

...

...

...

6.    Accordingly, defendants requests an extension of time of seven (7) days to file its responsive pleading.

DATE: February 10th, 2017.

**AKERMAN LLP**

*/s/ Natalie L. Winslow, Esq.*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-72 Mortgage Pass-Through Certificates, Series 2005-72; Bayview Loan Servicing, LLC; Dorka Bouza; Mortgage Electronic Registrations Systems, Inc.; MERSCORP Holdings, Inc.; Bank of America, N.A., for itself and as successor by merger to BAC Home Loan Servicing, LP; and Countrywide Home Loans, Inc.*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 28th day of February, 2017.

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _____ day of February 2017, and pursuant to FRCP 5, I served via CM/ECF and/or deposited for mailing  in the U.S. Mail a true and correct copy of the foregoing **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**, postage prepaid and addressed to:

Salma Agha-Khan
8521 Cooper Falls Drive
Las Vegas, Nevada 89129

*Pro Se*

David J. Rothenberg, Esq.
Kurt R. Bonds, Esq.
ALVERSON TAYLOR MORTENSEN & SANDERS
7401 West Charleston Boulevard
Las Vegas, Nevada 89117

*Attorneys for Southern Highlands Community Association*

Nikola Skrinjaric, Esq.
SKRINJARIC LAW OFFICE
8430 West Lake Mead Boulevard, Suite 100
Las Vegas, NV 89128

*Attorney for Nevada Title Company*

Carleton R. Burch, Esq.
Sue T. Cavaco, Esq.
ANDERSON, MCPHARLIN & CONNERS LLP
601 S. Seventh Street
Las Vegas, NV 89101

*Attorneys for First American Title Loss Mitigation Title Services-LMTS; First American National Default Title Services; Trustee Servicing Solutions; First American Title Insurance Company*

Diana Cline Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139

*Attorneys for SFR Investments Pool 1, LLC*

...

1   Christopher A. Lund, Esq.
    Thomas E. McGrath, Esq.
2   TYSON & MENDES LLP
    8275 South Eastern Avenue, Suite 115
3   Las Vegas, NV 89123

4   *Attorneys for San Sevino West at Southern Highlands Homeowners Association*

5

6                                    */s/ Allen G. Stephens*
7                                    An employee of AKERMAN LLP
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

6