UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

SALMA AGHA-KHAN,

Plaintiff,

v.

BANK OF NEW YORK MELLON, et al.,

Defendants.

Case No. 2:16-cv-02651-RFB-PAL

ORDER

(Mot Clarification – ECF No. 78)

Before the court is Plaintiff's Request for Clarification of Order (ECF No. 78). No response has been filed and the time for filing a response has expired.

Plaintiff's motion requests clarification of the undersigned's Order (ECF No. 75) which stayed this case until the outcome of pending case dispositive motions. Plaintiff has also filed another case, Agha-Khan v. Wells Fargo Bank, et al., 2:16-cv-2928 APG PAL. The Order referred to her other case and states that "[b]oth cases involve a 2012 HOA foreclosure sale of the same real property." Order (ECF No. 75) 1:26. Plaintiff seeks clarification because both cases do not involve an HOA foreclosure and do not involve the same property. She also claims that this case is the only case that involves an HOA foreclosure, and that Case No. 2:16-cv-02928 involves a fraudulent foreclosure by GMAC.

Plaintiff is correct that the complaints involve different properties. The complaint in this case involves real property plaintiff claims she purchased in 2005 described as 11545 Terlano Place in Las Vegas, Nevada. Plaintiffs 56-page complaint asserts numerous claims against a large number of defendants. Case No 2:16-cv-2928 APG PAL is a 75- page complaint asserting multiple claims against multiple defendants relating a real property described as 2448 Granada Bluff in Las Vegas, Nevada. Plaintiff claims this property was sold in an unlawful non-judicial foreclosure

while she was enrolled in a loan modification program. It does not appear to involve an HOA foreclosure.

Having reviewed and considered the matter,

**IT IS ORDERED** Plaintiff's Request for Clarification of Order (ECF No. 78) is **GRANTED** to the extent described above.

DATED this 30th day of June, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE