UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SALMA AGHA-KHAN,<br><br>                       Plaintiff,<br>    v.<br><br>BANK OF NEW YORK MELLON, et al.,<br><br>                  Defendants. | Case No. 2:16-cv-02651-RFB-PAL<br><br>ORDER<br><br>(Jt. Mot Stay Disc – ECF No. 176) |

Before the court is defendants' Joint Motion to Stay Discovery Pending Resolution of Dispositive Motions or Alternatively, Enter an Amended Scheduling Order (ECF No. 176). The court has reviewed the motion, Brief (ECF No. 177), and Joinders (ECF Nos. 178, 179). No opposition has been filed and the time for filing an opposition has expired.

Having reviewed and considered the matter,

**IT IS ORDERED:**

1. The Joint Motion to Stay Discovery Pending Resolution of Dispositive Motions (ECF No. 176) is **GRANTED** to the extent discovery is stayed until decision of dispositive motions.

2. The parties shall have 14 days from the last order deciding pending dispositive motions to meet and confer and submit a proposed amended discovery plan and scheduling order with respect to any claims that survive.

DATED this 14th day of September, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE